UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMY BURRIS WEAVER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MASON COUNTY MANAGEMENT,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-cv-05340-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

　　　　Plaintiff, a prisoner serving a sentence at the Coyote Ridge Corrections Center, filed a *pro se* 42 U.S.C. § 1983 civil rights complaint on May 7, 2021. *See* Dkts. 1 and 5.

　　　　Under 28 U.S.C. § 1915A, the Court should review a prisoner's complaint before docketing, if possible, and dismiss it if it fails to state a claim for relief or is frivolous. The complaint's allegations arise from Plaintiff's arrest, criminal charges and consequent incarceration. In specific, Plaintiff alleges in Count I that on July 19, 2019, Mason County Sheriff's responded to a call. As a result, Plaintiff was arrested, prosecuted and sentenced. Dkt. 5 at 5.  In Count 2, Plaintiff alleges Mason County Sherriff's arrested him. As a result, Plaintiff was tried and convicted of a criminal offense. *Id.* at 6.  And in Count 3, Plaintiff alleges a police office issued a traffic infraction and as result Plaintiff "incurred a resulting driving offense." *Id.*

REPORT AND RECOMMENDATION - 1

at 8. As relief, Plaintiff requests "financial restitution" incurred as a result of his arrests and criminal convictions, and removal of the traffic offense from his record. *Id.* at 9.

The Court recommends the complaint be dismissed without prejudice under *Heck v. Humphrey*, 512 U.S. 477 (1994). A § 1983 civil rights complaint cannot proceed when "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence; if it would, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated." *Id.* at 487. Here, Plaintiff's request for money damages necessarily challenges the arrest, prosecution and sentence imposed in his various criminal cases and there is nothing showing the criminal matters challenged have been vacated or overturned. The complaint is therefore barred under *Heck v. Humphrey* and should be dismissed without prejudice. Although plaintiff proceeds *pro se*, the case should be dismissed now because no amendment would cure the complaint's deficiency and thus any attempt to amend the complaint would be futile.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Plaintiff should therefore not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, limited to five pages, however, may be filed no later than **May 26, 2021.** The Clerk should note the matter for **May 28, 2021**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 12th day of May 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2